**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00317-CV**
_____

**LAWRENCE BATTON, Appellant**

**V.**

**LINDA BATTON, Appellee**

_____

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 19-02-01828-CV**

_____

**MEMORANDUM OPINION**

Lawrence Batton filed a notice of appeal in Trial Cause Number 19-02-01828-CV, but he failed to pay the filing fee after being notified that the fee was late. On November 21, 2024, we received a supplemental clerk's record that includes Appellant's correspondence, addressed to the Court of Appeals, notifying the Court that he desires to withdraw his appeal. *See* Tex. R. App. P. 42.1(a)(1). We treat Appellant's notice as an unopposed motion to dismiss the appeal that was filed with

1

the appellate court before the Court issued its opinion in the appeal. Accordingly, we grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 11, 2024
Opinion Delivered December 12, 2024

Before Golemon, C.J., Wright and Chambers, JJ.

2